ACCEPTED
01-14-00685-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/15/2015 12:59:37 PM
CHRISTOPHER PRINE
CLERK

**No. 1-14-000685-CR**
In the
Court of Appeals
For the
First District of Texas
At Houston

──────────◆──────────

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
4/15/2015 12:59:37 PM
CHRISTOPHER A. PRINE
Clerk

**No. 1408986**
In the 262nd Judicial District Court
Of Harris County, Texas

──────────◆──────────

**KANAVIUS DORSEY,** *Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

──────────◆──────────

STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF

──────────◆──────────

TO THE HONORABLE COURT OF APPEALS:

THE STATE OF TEXAS, pursuant to Tex. R. App. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was charged with aggravated robbery (CR.-17). A jury convicted appellant of the charged offense (CR 141-142). An agreement was reached between appellant and the State regarding punishment and the court sentenced appellant to 20 years confinement in the Institutional Division of the Texas Department of Criminal Justice (CR.-5). Appellant filed notice of appeal (CR.-145).

2. The State's brief was due April 13, 2015. The State hereby requests an extension for the filing of the State's brief until May 13, 2015.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

The State has been working on and has filed the following briefs in the last thirty days.

> Ex Parte McGuire
> 14-14-01010-CR
> State's Brief filed March 16, 2015
>
> Le v. State
> 14-14-00043-CR
> State's Brief filed March 24, 2015
>
> Efran Lopez
> 14-14-00758-CR
> State's Brief filed April 8, 2015
>
> Allen v State
> 14-14-00842-CR
> State's Brief due April 8, 2015

Furthermore, the undersigned attorney has been assigned the following briefs in addition to the brief in this cause number.

> Jackson v. State,
> 14-14-00472-CR
> State's Brief due April 27, 2015
>
> Moreno v. State
> 14-14-00455-CR
> State's Brief due April 27, 3025

4. This is the State's second request for an extension of time to file its brief.

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Kimberly Stelter
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 755-5826
Stelter_Kimberly@dao.hctx.net
TBC No. 19141400

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Mandy Miller
Attorney at Law
2910 Commercial Center Blvd.,
Ste. 103-201
Katy, Texas 77494
mandy@mandymillerlegal.com


/s/ *Kimberly Stelter*
**KIMBERLY STELTER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas  77002-1923
(713) 755-5826


April 15, 2015